B 5 (Official Form 5) (12/07)



| UNITED STATES BANKRUPTCY COURT<br>Northern District of California | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Jeffrey Merritt Wilson | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>Jeff Wilson |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>9502 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>343 Ricardo Drive<br>Aromas, California<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>San Benito County<br>ZIP CODE 95004 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>PO BOX 10414<br>SALINAS, CA<br><br><br><br>ZIP CODE 93912 |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>343 Ricardo Drive; Aromas, California 95004 ||

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)

Petitioners believe:

☑ Debts are primarily consumer debts
☐ Debts are primarily business debts

**Type of Debtor** (Form of Organization)

☑ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

### VENUE

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Teresa J. Moore | Case Number<br>14-13791 | Date<br>05/29/2014 |
|---|---|---|
| Relationship<br>Partner | District<br>Nevada | Judge<br>August Landis |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

**FILED**

JUL 3 0 2015

United States Bankruptcy Court
San Jose, California

Case: 15-52471    Doc# 1    Filed: 07/30/15    Entered: 07/30/15 09:32:41    Page 1 of 3

B 5 (Official Form 5) (12/07) -- Page 2      Name of Debtor __Jeffrey Merritt Wilson__

Case No. _____

## TRANSFER OF CLAIM

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Teresa J. Moore_ (signature)
Signature of Petitioner or Representative (State title)
Teresa J. Moore                         07/30/2015
Name of Petitioner                      Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney                   Date

Name of Attorney Firm (If any)

Address

Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                      Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney                   Date

Name of Attorney Firm (If any)

Address

Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                      Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney                   Date

Name of Attorney Firm (If any)

Address

Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Teresa J. Moore, 4251 Laurel Cyn Blvd, Studio City, CA | Settlement Agreement | 250,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 250,000.00 |

___1___ continuation sheets attached

**Teresa Jean Moore**

| 3940 Laurel Canyon Blvd., Suite 999 | Post Office Box 75217 | 8685 Queens Brook Court |
| --- | --- | --- |
| Studio City, California 91604 | Honolulu, Hawaii 96836 | Las Vegas, Nevada 89129 |
| Tel: (818) 206-3223 | Tel: (818) 206-1146 • Fax (818) 647-1186 | Tel: (702) 430-9112 |

**January 12, 2015**

Jeffrey Merritt Wilson
Post Office Box 10414
Salinas, California 93912

SUBJECT:  Letter of Intent for the Settlement of all Claims, Division of all Assets and Termination of the Partnership

Dear Mr. Wilson:

    This letter memorializes our mutual intent to settle any claims that we may have against each other; to divide any assets that we jointly own and to terminate our business relationship. The purpose of the letter of intent is to outline the general terms of our oral discussions and to develop the details for a written agreement, which we must present to the bankruptcy court for its approval.

    In that regard, the current proposal is that I will release any claims against you and will assign my rights to the Palma Drive House to you by the execution and recording of a Grant Deed. Conversely, you will release any claims against me and will assign your rights to the Ricardo Drive House to me by the execution and recording of a Grant Deed. Additionally, I will file a copy of the assignment and deed in the Civil Case No. CU-11-00119 (*State v Wilson*) and I will continue the litigation of the case. If there is a recovery of any compensation for the taking of the land in the action of the eminent domain, then we will divide the proceeds equally after an accounting and allocation of the agreed upon expenses. Likewise, if there is a recovery of any damages in the action of the cross-complaint, then we will divide the proceeds equally after an accounting and allocation of the agreed upon expenses.

    Please consider the terms of the foregoing proposal and respond with your comment in writing. I will seek the assistance of an attorney to draft the written agreement and seek the approval of the agreement by the filing of a motion in the Bankruptcy Case No. 14-13791 (*In re Teresa & Robert Moore*).

Sincerely,

                                                               *Jeffrey Merritt Wilson* (signed)

Teresa J. Moore                                                     ON: 1-12-2015

EXHIBIT 1