# United States Bankruptcy Court
## Northern District of California
### San Jose Division

In Re:   Jeffrey Merritt Wilson,                                          Case No: 15-52471-DM
         aka: Jeff Wilson,

## SUMMONS AND NOTICE TO DEBTOR OF STATUS
## CONFERENCE IN NVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you in this bankruptcy court on
 July 30, 2015                (date), requesting an order for relief under chapter  7    of the Bankruptcy Code (title
11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion
or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

### Address of the Clerk:
United States Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA 95113

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

### Name and Address of Petitioner's Attorney:
**Teresa J. Moore**
**4251 Laurel Cyn Blvd.**
**Studio City, CA 91604**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

**YOU ARE NOTIFIED** that a Status Conference of the proceeding commenced by the filing of the involuntary petition will
be held at the following time and place:

**United States Bankruptcy Court**                **Courtroom: 3070**
**280 South First Street**                        **Date and Time:  9/23/15 @ 1:00 PM**
**San Jose, CA 95113**

**Date: July 30, 2015**                           Edward Emmons, Clerk of Court

                                                  **By:  Angela Wong**

*\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).*

**CERTIFICATE OF SERVICE**

I, _____(name), certify that on_____ (date),

I served this summons and a copy of the involuntary petition on_____(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:                                              Signature:

Print Name:

Business Address: