Re: 15-52471- DM
Jeffrey Merritt Wilson

**FILED**

JUL 3 0 2015

CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed and qualified clerk in the office of the Northern District of California, San Jose, California, hereby certify:

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document by depositing it in the regular United States mail at San Jose, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below.

Teresa J. Moore
4251 Laurel Cyn Blvd.
Studio City, CA 91604

Dated: July 30, 2015

/s/ Angela Wong
Deputy Clerk

Certificate of Mailing.wpt

SF Form (02/15)

United States Bankruptcy Court
Northern District of California
San Jose Division

In Re: Jeffrey Merritt Wilson,
aka: Jeff Wilson,

Case No: 15-52471-DM

SUMMONS AND NOTICE TO DEBTOR OF STATUS
CONFERENCE IN NVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on
_July 30, 2015_____ (date), requesting an order for relief under chapter _7___ of the Bankruptcy Code (title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

**Address of the Clerk:**
United States Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA 95113

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

**Name and Address of Petitioner's Attorney:**
Teresa J. Moore
4251 Laurel Cyn Blvd.
Studio City, CA 91604

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

**YOU ARE NOTIFIED** that a Status Conference of the proceeding commenced by the filing of the involuntary petition will be held at the following time and place:

United States Bankruptcy Court
280 South First Street
San Jose, CA 95113

Courtroom: 3070
Date and Time: 9/23/15 @ 1:00 PM

Date: July 30, 2015

Edward Emmons, Clerk of Court

By: Angela Wong

*\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).*

## CERTIFICATE OF SERVICE

I, _____(name), certify that on_____ (date),
I served this summons and a copy of the involuntary petition on_____(name), the debtor in this case, by
*[describe the mode of service and the address at which the debtor was served]*:



If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:                                                          Signature:


Print Name:


Business Address: