Signed and Filed: August 26, 2015



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JEFFREY MERRIT WILSON,<br>aka JEFF WILSON,<br><br>          Debtor.<br>_____ | ) Bankruptcy Case<br>) No. 15-52471 DM<br>)<br>) Chapter 7 (Involuntary)<br>)<br>) Old Time: 1:00 P.M.<br>) **New Time: 1:30 P.M.**<br>) |

**ORDER CHANGING TIME OF HEARING**

   **IT IS HEREBY ORDERED** that the Status Conference scheduled for September 23, 2015 at 1:00 p.m. before Hon. Dennis Montali, at San Jose Courtroom 3070, 280 South First Street, San Jose, CA 95113 will be heard at 1:30 p.m. at San Jose Courtroom 3070.

**\*\*END OF ORDER\*\***

-1-

1 | **Court Service List**
2 |
3 | Jeffrey Merritt Wilson
  | P.O. Box 10414
4 | Salinas, CA 93912
5 | Teresa J. Moore
  | 4251 Laurel Canyon Blvd.
6 | Studio City, CA 91604
7 | Office of the U.S. Trustee / SJ
  | U.S. Federal Building
8 | 280 South 1st Street, Suite 268
  | San Jose, CA 95113-3004
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |