```
                          United States Bankruptcy Court
                          Northern District of California
```

In re:                                                          Case No. 15-52471-DM
Jeffrey Merritt Wilson                                          Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0971-5          User: jsekigaha           Page 1 of 1          Date Rcvd: Aug 28, 2015
                              Form ID: pdfeoc           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2015.
db          +Jeffrey Merritt Wilson,    PO Box 10414,    Salinas, CA 93912-7414
ptcrd       +Teresa J. Moore,    4251 Laurel Cyn Blvd.,    Studio City, CA 91604-2033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2015                           Signature:  /s/Joseph Speetjens

---

                         **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2015 at the address(es) listed below:
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,  ltroxas@hotmail.com
                                                                                             TOTAL: 1



**Signed and Filed: August 26, 2015**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JEFFREY MERRIT WILSON,<br>aka JEFF WILSON,<br><br>                    Debtor. | Bankruptcy Case<br>No. 15-52471 DM<br><br>Chapter 7 (Involuntary)<br><br>Old Time: 1:00 P.M.<br>**New Time: 1:30 P.M.** |

**ORDER CHANGING TIME OF HEARING**

    **IT IS HEREBY ORDERED** that the Status Conference scheduled for September 23, 2015 at 1:00 p.m. before Hon. Dennis Montali, at San Jose Courtroom 3070, 280 South First Street, San Jose, CA 95113 will be heard at 1:30 p.m. at San Jose Courtroom 3070.

                              **\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Jeffrey Merritt Wilson |
| 4 | P.O. Box 10414<br>Salinas, CA 93912 |
| 5 | Teresa J. Moore |
| 6 | 4251 Laurel Canyon Blvd.<br>Studio City, CA 91604 |
| 7 | Office of the U.S. Trustee / SJ |
| 8 | U.S. Federal Building<br>280 South 1st Street, Suite 268<br>San Jose, CA 95113-3004 |

-2-