

2010-0006564

| | | |
|---|---|---|
| Recorded | REC FEE | 11.00 |
| Official Records | TAX | 310.75 |
| County of | | |
| **San Benito** | | |
| JOE PAUL GONZALEZ | | |
| Clerk-Auditor-Recorder | | |
| | | SW |
| 03:57PM 20-Jul-2010 | Page 1 of 2 | |

RECORDING REQUESTED BY

Jeffrey Merritt Wilson

AND WHEN RECORDED MAIL TO:

Jeffrey Merritt Wilson
PO Box 10414
Salinas, California 93912

APN: 011-270-045-0

RESERVED FOR RECORDER'S USE

## Grant Deed

☐ This transfer is exempt from the documentary transfer tax

☒ The documentary transfer tax is ✓ 310.75 and is computed on:

    ☐ the full value of the interest in the property conveyed.

    ☐ the full value less the value of liens of encumbrances remaining at the time of sale.

The property is located in ☒ an unincorporated area ☐ the city of _____

FOR THE VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged, Jeffrey Merritt Wilson, hereby **grant(s)** to Jeffrey Merritt Wilson and Teresa Jean Moore, as tenants in common, the following real property in the unincorporated area, County of San Benito, State of California with the description: EXHIBIT A (Attachment).

Date: 7-20-2010

_JEFFREY MERRITT WILSON_

STATE OF CALIFORNIA        )
                              ) SS.
COUNTY OF SAN BENITO    )

On _____July 20, 2010_____ before me, _Irene G. Hurtado_ a Notary Public, personally, appeared Jeffrey Merritt Wilson who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Irene G. Hurtado_
Signature of Notary

Commission # 1736843
Notary Public - California
San Benito County
My Comm. Expires Apr 28, 2011

MAIL TAX STATEMENTS TO THE ADDRESS SHOWN ABOVE

Case 15-52471    RICARDO GRANT DEED    Exhibit P01 - 1/2

Case: 15-52471   Doc# 12-1   Filed: 10/20/15   Entered: 10/21/15 10:55:44   Page 1 of 11

# EXHIBIT A

PARCEL 1:

PARCEL 4, AS SHOWN ON MAP FILED JULY 2, 1987 IN BOOK 7, PAGE 28 OF PARCEL MAP IN THE OFFICE OF THE COUNTY RECORDER, SAN BENITO COUNTY, CALIFORNIA.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AND UTILITIES UNDER, ON AND ACROSS A STRIP OF LAND 60.00 FEET IN WIDTH, THE CENTERLINE OF WHICH IS DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHWESTERLY LINE OF LOT 69, AS SHOWN ON MAP OF JESSE D. CURE'S SUBDIVISION OF PART OF THE RANCHO AROMITAS Y AGUA CALIENTE, FILED MAY 28, 1894 IN BOOK 1, PAGE 58, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER, SAN BENITO COURT, CALIFORNIA WHICH BEARS SOUTH 31° 35' EAST, 247.52 FEET FROM THE WESTERLY CORNER OF SAID LOT 69; THENCE

(1) NORTH 67° 00' EAST 1016.54 FEET; THENCE

(2) ALONG A CURVE TO THE RIGHT, HAVING A RADIUS OF 850.00 FEET, THROUGH A CENTRAL ANGLE OF 11° 40' AN ARC DISTANCE: OF 173.08 FEET TO A POINT IN THE COMMON LINE OF LOTS 60 AND 68 WHICH BEARS NORTH 78° 40' EAST, 596.54 FEET FROM THE WESTERLY COMMON CORNER OF SAID LOTS 60, 61, 66, 67 AND 68,

(3) NORTH 78° 40' EAST 2132.64 FEET TO THE WESTERLY LINE OF COLE ROAD.

PARCEL 3:

AN EASEMENT FOR INGRESS AND EGRESS AND PUBLIC UTILITIES OVER THE

NORTHEASTERLY 30 FEET OF PARCELS 1 AND 2 OF THE CERTAIN PARCEL MAP RECORDED JULY 2, 1987 IN BOOK 7 OF PARCEL MAPS, AT PAGE 28, SAN BENITO COUNTY RECORDS.

EXCEPTING THEREFROM THAT PORTION INCLUDED WITHIN PARCEL TWO ABOVE.

RECORDING REQUESTED BY

Jeffrey Merritt Wilson

AND WHEN RECORDED MAIL TO:

Jeffrey Merritt Wilson
PO Box 10414, Salinas
California 93912

Stephen L. Vagnini       CRDAWN
Monterey County Recorder   11/19/2010
Recorded at the request of   11:21:41
**Filer**

DOCUMENT: **2010068357** | Titles: 1/ Pages: 2
Fees.... 15.00
Taxes...
Other... 2.00
AMT PAID $17.00

APN: 002-891-009                                         RESERVED FOR RECORDER'S USE

## Grant Deed

☑ This transfer is exempt from the documentary transfer tax   lease/option of future equity

☐ The documentary transfer tax is _____ and is computed on:

    ☐ the full value of the interest in the property conveyed.

    ☐ the full value less the value of liens of encumbrances remaining at the time of sale.

The property is located in ☐ an unincorporated area ☒ the city of Salinas. California

FOR THE VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged, Jeffrey Merritt Wilson, an unmarried man, hereby **grant(s)** to Jeffrey Merritt Wilson and Teresa Jean Moore, as tenants in common, the following real property in the City of Salinas, County of Monterey, State of California with the description: EXHIBIT A.

Date:  11-18-10

_Jeffrey Merritt Wilson_

STATE OF CALIFORNIA           )
                              ) SS.
COUNTY OF MONTEREY       )

On November 18, 2010 before me, April Wilson _____, a Notary Public, personally, appeared Jeffrey Merritt Wilson who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary

APRIL WILSON
COMM. #1746154
NOTARY PUBLIC - CALIFORNIA
MONTEREY COUNTY
My Comm. Exp. May 28, 2011

MAIL TAX STATEMENTS TO THE ADDRESS SHOWN ABOVE

## EXHIBIT "B"

Case: 15-52471   Doc# 12-1   Filed: 10/20/15   Entered: 10/21/15 10:55:44   Page 3 of 11

## EXHIBIT A

LOT 9, IN BLOCK 1, AS SHOWN ON MAP ENTITLED "TRACT NO. 231 SERRA PARK",
FILED MAY 18, 1953, IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY
OF MONTEREY, STATE OF CALIFORNIA, AND NOW IN FILE IN SAID OFFICE IN MAP
BOOK 6, CITIES AND TOWNS, AT PAGE 3 THEREIN.

APN: 002-891-009

END OF DOCUMENT

END OF DOCUMENT



Ocwen Loan Servicing, LLC
www.ocwen.com

OCWEN

NMLS #: 1852
NC Permit No. 3946
CUSTOMER CARE CENTER 1-800-746-2936
*Your call may be recorded for the coaching and development of our associates.*

░▌▌▐▌▌▐▐▌▌▐▐▌▌▐▐▌▌▐▐▌▌▐▌▐▐▐▐▌▌▐▐▌▐

2AT      06784/364999/007577 1434  2 ACQVA9

JEFFREY WILSON
PO BOX 10414
SALINAS CA  93912-7414



## Account Statement

Account Number:
Account Statement Date:                    **10/17/2013**
Property Address:
  313 Palma Drive
  Salinas CA 93901

DELQ                                              Page 1

### Special Notices

### Account Information

| | |
|---|---:|
| * Current Principal Balance: | 240,266.28 |
| Interest Rate: | 2.00000% |
| Next Payment Due Date: | 08/01/2013 |
| Escrow Advance Balances | 18,196.37- |
| Current Suspense Balance: | .07 |
| Interest Paid Year-To-Date: | 2,818.62 |
| Taxes Paid Year-To-Date: | 19,895.77 |
| Beginning Principal Balance: | 478,873.76 |
| Principal Reductions Year-To-Date: | 2,323.72 |
| Negative Amortization/Principal Adj Year-To-Date: | 203,098.78- |
| Beginning Escrow Balance: | .00 |
| Escrow Deposits/Adjustments Year-To-Date: | 2,227.40 |
| Escrow Disbursements/Adjustments Year-To-Date: | 20,423.77- |
| Recently Assessed Amounts: | |
| 09/03/13 Property Inspection Fee: | 10.50 |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

| | |
|---|---:|
| Current Amount Due: | |
| Principal: | 335.85 |
| Interest: | 398.77 |
| Escrow: | 318.20 |
| Less:Partial Payment Amount: | .07- |
| Current Amount Due by 11/01/13: | 1,052.75 |
| Past Due Amount: | |
| Principal: | 1,004.20 |
| Interest: | 1,199.66 |
| Escrow: | 954.60 |
| Past Due Amounts DUE IMMEDIATELY: | 3,158.46 |
| Assessed Fees/Expense Outstanding: | |
| Prev-Property Inspection Fee: | 94.50 |
| Total Fees/Expense Outstanding: | 94.50 |
| **Total Amount Due:** | **4,305.71** |

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|
| 09/06/13 | Suspense Transfer | | | | | | | 559.52- | 559.52- |
| 09/06/13 | Escrow Account Adjustment | | | 528.00 | | | | | 528.00 |
| 09/06/13 | Expense Payment | | | | | | | | 10.52 |
| 09/06/13 | Prior Servicer Fees | | | | | | 10.52 | | |
| 09/06/13 | Expense Payment | | | | | | | | 21.00 |
| 09/06/13 | Property Inspection Fee | | | | | | 10.50 | | |
| 09/06/13 | Property Inspection | | | | | | 10.50 | | |
| 09/06/13 | Suspense Transfer | | | | | | | 1,052.83- | 1,052.83- |
| 09/06/13 | Expense Payment | | | | | | | | 109.48 |
| 09/06/13 | Prior Servicer Fees | | | | | | 109.48 | | |
| 09/06/13 | Principal Balance Adjustment | 943.35 | | | | | | | 943.35 |
| 09/06/13 | Payment | 330.30 | 404.32 | 318.20 | | | | 0.07 | 1,052.89 |
| 09/06/13 | Payment | 330.85 | 403.77 | 318.20 | | | | | 1,052.82 |
| 09/06/13 | Payment | 331.41 | 403.21 | 318.20 | | | | | 1,052.82 |
| 09/06/13 | Payment | 331.96 | 402.66 | 318.20 | | | | | 1,052.82 |
| 09/06/13 | Payment | 332.51 | 402.11 | 318.20 | | | | | 1,052.82 |
| 09/06/13 | Payment | 333.07 | 401.55 | 318.20 | | | | | 1,052.82 |
| 09/06/13 | Payment | 333.62 | 401.00 | 318.20 | | | | | 1,052.82 |
| 09/25/13 | Tax Disbursement | | | 19,895.77- | | | | | 19,895.77- |
| | MONTEREY COUNTY TAX COLLECTOR | | | | | | | | |

Case 15-52471            PALMA GRANT DEED            Exhibit P02 - 3/5
Case: 15-52471    Doc# 12-1    Filed: 10/20/15    Entered: 10/21/15 10:55:44    Page 5 of
11

| | | |
|---|---|---|
| **CREDITOR'S name, street address, city or town, provi.... r state, country, ZIP, or foreign postal code, and telephone no.** | **1 Date of identifiable** 09/06/2013 | **OMB No. 1545-1424** |
| OCWEN | **2 Amount of debt discharged** $ 285,666.68 | **2013** |
| P.O. BOX 24737 | **3 Interest if included in box 2** $ 50,247.28 | **Form 1099-C** |
| WEST PALM BEACH, FL 33416-4737 | | |
| CUSTOMER SERVICE: 1-800-746-2936 | | |

**Cancellation of Debt**

**DEBTOR'S name, street address (including apt. no.), city or town, province or state, country, and ZIP or foreign postal code**

7-764-81770-0028324-005-1-000-000-000-000

JEFFREY WILSON
PO BOX 10414
SALINAS CA  93912-7414

‖ıİⅡ‖‖‖‖ı‖ıİ‖ı‖ı‖ı‖ı‖ıİ‖İ‖‖İ‖İ‖İ‖‖ıİı‖ı‖ı

**4 Debt description**
313 PALMA DRIVE, SALINAS, CA 93901

**5 If checked, the debtor was personally liable for repayment of the debt** . . . . . . . . . ▶ ☒

| **6 Identifiable event code** | **7 Fair market value of property** |
|---|---|
| F | $ 251,400.00 |
| **CREDITOR'S federal identification number** 01-0681100 | **DEBTOR'S identification number** XXX-XX- |

**Account number (see instructions)**
150842372-7130924074

**Copy B For Debtor**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-C**                    (Keep for your records)                    Department of the Treasury - Internal Revenue Service

City, State, or Zip    🔍

**313 Palma Dr, Salinas, CA 93901**




# 313 Palma Dr,
## Salinas, CA 93901

**2 beds · 2 baths · 1,249 sqft**

Edit home facts for a more accurate Zestimate.

**OFF MARKET**

Zestimate®: $366,790

Rent Zestimate®: $1,875/mo

Est. Refi Payment

$845/mo

> Get Your Home Report
> See Zestimate updates, plus the latest sales and listings in your area.

**Case 15-52471**     **PALMA GRANT DEED**     **Exhibit P02 - 5/5**

Case: 15-52471    Doc# 12-1    Filed: 10/20/15    Entered: 10/21/15 10:55:44    Page 7 of 11

**Jeffrey-Merritt: Wilson**
Post Office Box 10414
Salinas, California 93912-7414

**July 23, 2010**

SPECIALIZED LOAN SERVICING LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129
Fax: (720) 241-7220; (720) 241-7526

Certified Mail #:
7009 2250 0003 0147 7669
Date: July 23, 2010

REGIONAL TRUSTEE SERVICES CORPORATION
616 1st Avenue, Suite 500
Seattle, WA 98104
Fax: (206) 292-4930

Certified Mail #:
7009 2250 0003 0147 7676
Date: July 23, 2010

US BANK NA, Trustee
18400 Von Karman, Suite 1000
Irvine, CA 92612

Certified Mail #:
7009 2250 0003 0147 7683
Date: July 23, 2010

FIRST AMERICAN TITLE COMPANY
60 West Market Street, Suite 140
Salinas, CA 93901

Certified Mail #:
7009 2250 0003 0147 7638
Date: July 23, 2010

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC
P.O. Box 2026
Flint, MI 48501

Certified Mail #:
7009 2250 0003 0147 7652
Date: July 23, 2010

COMMITMENT LENDING
30101 Agoura Court, Suite 102
Agoura Hills, CA 91301

Certified Mail #:
7009 2250 0003 0147 7645
Date: July 23, 2010

# MORTGAGE RESCISSION NOTICE

**Transaction Reference Documents:**
DEED OF TRUST, MIN: 100259206110021317, 11/02/2006
ADJUSTABLE RATE NOTE, Loan No: 500002416, 11/02/2006

**Property Title Reference:**
Jeffrey Merritt Wilson
343 Ricardo Drive, Aromas, California
GRANT DEED, Document No: 2006-0016804, 11/08/2006

**Debt Collection Reference:**
NOTICE OF TRUSTEE'S SALE, Trustee's Sale No: 05-FSL-93483, 07/01/2010
DISPUTE REPLY LETTER, Loan No: 1004701979, 06/14/2010
MORTGAGE DEFAULT NOTICE, Loan No: 1004701979, 04/19/2010
SUBSTITUTION OF TRUSTEE, Document No: FSL934830172000000, 04/02/2010

Case 15-52471    MORTGAGE RESCISSION NOTICE    Exhibit P03 - 1/7
Case: 15-52471    Doc# 12-1    Filed: 10/20/15    Entered: 10/21/15 10:55:44    Page 8 of 11

# MORTGAGE RESCISSION NOTICE

Dear Gentlemen:

       This letter constitutes the notice of the mortgage rescission under the precepts of the common law and under the provisions of the Truth In Lending Act (TILA), the Real Estate Settlement Procedures Act (RESPA) and the Home Owner Equity Protection Act (HOEPA). The rescission is effective upon the transmittal of the notice by the mail and by the wire.

       I exercise the right of the rescission for the following reasons:

•     On or about the May 11, 2010, I sent a letter to the Person: REGIONAL TRUSTEE SERVICES CORPORATION (RTS), wherein I disputed the alleged debt and requested the disclosures of the specific items and the communications by the written correspondence. The Person: RTS did not respond with any meaningful answer to my request and I continue to receive harassing telephone calls. Thus, I began an inquiry into the nature of the original transaction.

•     I discovered the existence of an "affiliated business arrangement" between the transaction-parties and other third-parties, which the Person: COMMITMENT LENDING (CLC), as the apparent "Lender" and the Person: FIRST AMERICAN TITLE COMPANY (FAM), as the "escrow agent," did not disclose to me at the "closing and settlement" of the transaction. The Person: CLC referred the business of its lending and settlement services to the third-parties of the "affiliated business arrangement." Thus, the Person: CLC received and accepted the fees other than for the services actually performed and omitted the material disclosures of the residential mortgage transaction.

•     I discovered the existence of a "mortgage securitization scheme" between the Lender, Trustee, Beneficiary and other third-parties, which the Person: CLC, as the apparent "Lender" and the Person: FAM, as the "escrow agent," did not disclose to me at the "closing and settlement" of the transaction and wherein the transaction-parties received the payments or the "kickbacks" of the "mortgage securitization scheme." The apparent Lender omitted the charges paid directly or indirectly by the real "creditors" as an incident to or a condition of the extension of the consumer credit. Thus, the overstated property appraisal, the third-party receipts, the third-party disbursements and the Yield Spread Premium between the Borrower Interest Rate and the Investor Interest Rate concealed the true Finance Charges and the true Annual Percentage Rate of the purported loan.

•     I discovered the appearance of an unrecorded note transfer from the Person: CLC to a special purpose vehicle and the existence of the unrecorded and the undisclosed transfer of the trustee powers. Since the Person: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) was only a "nominee" of the apparent Lender, then it had no power to transfer the note or to appoint any trustee.

•     I discovered the existence of the numerous false representations by the agents of the Persons: CLC and FAM in the connection with the "closing and settlement" of the residential mortgage transaction. The false representations included, among the others, the statements: (1) that the Person: CLC was the "lender" in the transaction; (2) that the Person: JEFFREY MERRITT WILSON was the "borrower" in the transaction; (3) that the borrower had the "ability to repay" the loan; (4) that the Lender loaned its money in the transaction; (5) that the Loan was in the nature of a "secured transaction" under the Uniform Commercial Code and (6) that the DEED OF TRUST was a valid and enforceable agreement between the contracting parties.

All of the foregoing statements are all false. The existence of the "affiliated business arrangement," the existence of the "mortgage securitization scheme," the failure of the "material disclosures" in the connection with a federally related mortgage; the referrals of the settlement services to the undisclosed parties; the receipt of the "kickbacks" and the conduct of numerous unfair business practices violate the provisions of the TILA, RESPA and HOEPA. The violation of the federal lending laws generates the cause of this rescission. Under the discovery rule, the statutes of the limitations of those federal lending laws do not apply because I just recently discovered the injuries of my property and the extent of the damages.

The rescission of the mortgage loan transaction is effective upon the date of the mailing of the Letter: MORTGAGE RESCISSION NOTICE. You have twenty-days after receipt of this notice to return all monies paid and to terminate the security interest. By the operation of the law, the mortgage against my property is VOID under the authority of the 15 U.S.C. § 1635(b). Any derogatory credit reports constitute a willful violation of the TILA and the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681a *et seq.*).

Please contact me by your written response to the address of the Jeffrey-Merritt: Wilson, Post Office Box 10414, Salinas, California 93912-7414 for the mutual return of all property exchanged. Additionally, please confirm the termination of any "security interest" and the termination of any "collection activity" by your written verification.

Regards,

Jeffrey-Merritt: Wilson

07/23/2010                MORTGAGE RESCISSION NOTICE                Page 3 of 3 Pages

Case 15-52471        MORTGAGE RESCISSION NOTICE        Exhibit P03 - 3/7
Case: 15-52471    Doc# 12-1    Filed: 10/20/15    Entered: 10/21/15 10:55:44    Page 10 of 11

**Card (top left)**

COMPLETE THIS SECTION ON DELIVERY

☐ Agent
☐ Addressee

A. Signature
X _____

B. Received by (Printed Name)    C. Date of Delivery
                                 JUL 2 9

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

MERS
PO Box 2026
Flint, MI 48501

2. Article Number
(Transfer from service label)
7009 2250 0003 0147 7652

PS Form 3811, February 2004    Domestic Return Receipt    10259S-02-M-1540

**Card (top right)**

COMPLETE THIS SECTION ON DELIVERY

☐ Agent
☐ Addressee

A. Signature
X _____

B. Received by (Printed Name)    C. Date of Delivery
                                 2-26-10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Specialized Loan
8742 Lucent Blvd #300
Highlands Ranch, CO
80129

2. Article Number
(Transfer from service label)
7009 2250 0003 0147 7669

PS Form 3811, February 2004    Domestic Return Receipt    10259S-02-M-1540

**Card (bottom left)**

COMPLETE THIS SECTION ON DELIVERY

☐ Agent
☐ Addressee

A. Signature
X _____

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

US Bank #1000
400 Von Karman
Irvine, CA 92612

2. Article Number
(Transfer from service label)
7009 2250 0003 0147 7683

PS Form 3811, February 2004    Domestic Return Receipt    10259S-02-M-1540

**Card (bottom right)**

COMPLETE THIS SECTION ON DELIVERY

☐ Agent
☐ Addressee

A. Signature
X _____

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

R-T-S
616 1st Ave #500
Seattle, WA 98104

2. Article Number
(Transfer from service label)
7009 2250 0003 0147 7676

PS Form 3811, February 2004    Domestic Return Receipt    10259S-02-M-1540