

## Track/Confirm - Intranet Item Inquiry - Domestic

**Tracking Label: 7009 2250 0003 0147 7638**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 93901 | **City:** SALINAS | **State:** CA |
| **Origin** | **ZIP Code:** 93907-1821 | **City:** SALINAS | **State:** CA |

**Class/Service:** First-Class Certified Mail
Service Calculation Information
**Weight:** 0 lb(s) 1 oz(s)     **Postage:** $0.44
**Zone:** 00
**Delivery Option Indicator:** Normal Delivery     **PO Box?:** N
**Rate Indicator:** Single Piece - Letters

| Special Services | Associated Labels | Amount |
|---|---|---|
| Certified Mail | 7009 2250 0003 0147 7638 | $2.80 |
| Return Receipt | 7009 2250 0003 0147 7638 | $2.30 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 07/26/2010 10:01 | SALINAS, CA 93901 | 030SHJA357 |
| | Input Method: Scanned | | |
| | Finance Number: 056702 | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 07/24/2010 07:37 | SALINAS, CA 93901 | 030SHJA353 |
| | Input Method: Scanned | | |
| ACCEPT OR PICKUP | 07/23/2010 09:06 | SALINAS, CA 93907 | |
| | Input Method: Scanned | | |
| | Finance Number: 056702 | | |

Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.



### Track/Confirm - Intranet Item Inquiry
Item Number: 7009 2250 0003 0147 7638

**This item was delivered on 07/26/2010 at 10:01**



Enter Request Type and Item Number:

Quick Search ◉    Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.



Jeffrey-Merritt: Wilson
Pb Box 10414
Salinas, Ca 93912

CERTIFIED MAIL
7009 2250 0003 0147 7645

COMMITMENT LENDING
30101 Agoura Court, Suite 102
Agoura Hills, CA 91301

| CIVIL CASE INFORMATION STATEMENT | Court of Appeal Case Number (if known) |
|---|---|
| COURT OF APPEAL, SIXTH APPELLATE DISTRICT, DIVISION _____ | H139985 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jeffrey Merritt Wilson & Teresa J. Moore<br>Post Office Box 10414<br>Salinas 93912, CALIFORNIA<br>TELEPHONE NO.: (831) 424-1732    FAX NO. (Optional): (831) 417-2867<br>E-MAIL ADDRESS (Optional): teresa_j_moore@yahoo.com<br>ATTORNEY FOR (Name): Propria Persona | **Electronically filed by<br>Court of Appeal<br>Sixth Appellate District**<br>***Aug 16, 2013***<br>Michael J. Yerly, Clerk<br>By: AMussman |
| APPELLANT: Jeffrey Merritt Wilson & Teresa J. Moore<br>RESPONDENT: Thomas C. Irwin and Mary W. Irwin; et alia | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BENITO<br>STREET ADDRESS: 440 Fifth Street<br>MAILING ADDRESS: 440 Fifth Street<br>CITY AND ZIP CODE: Hollister 93912<br>BRANCH NAME: San Benito County | |
| JUDGES (all who participated in case):<br>Harry J. Tobias | Superior Court Case Number:<br>CU-11-00119 |

**NOTE TO APPELLANT:** You must file this form with the clerk of the Court of Appeal within 10 days after the clerk mails you a notice that this form must be filed. You must attach to this form (1) a copy of the judgment or order being appealed that shows the date it was entered (see Cal. Rules of Court, rule 8.104 for definition of "entered"); and (2) proof of service of this form on all parties to the appeal. (CAUTION: An appeal in a limited civil case (Code Civ. Proc., § 85) may be taken ONLY to the appellate division of the superior court (Code Civ. Proc., § 904.2) or to the superior court (Code Civ. Proc., § 116.710 [small claims cases]).

## PART I – APPEAL INFORMATION

A. APPEALABILITY
1. Appeal is from:
   - ☐ Judgment after jury trial
   - ☐ Judgment after court trial
   - ☐ Default judgment
   - ☐ Judgment after an order granting a summary judgment motion
   - ☐ Judgment of dismissal under Code Civ. Proc., § 581d, 583.250, 583.360, or 583.430
   - ☑ Judgment of dismissal after an order sustaining a demurrer **See the attached EXHIBIT-1**
   - ☐ An order after judgment under Code Civ. Proc., § 904.1(a)(2)
   - ☐ An order or judgment under Code Civ. Proc., § 904.1(a)(3)–(13)
   - ☐ Other (describe and specify code section that authorizes this appeal):

2. Does the judgment appealed from dispose of all causes of action, including all cross-actions between the parties?
   ☑ Yes ☐ No (If no, please explain why the judgment is appealable):

B. TIMELINESS OF APPEAL (Provide all applicable dates.)
1. Date of entry of judgment or order appealed from: 05 / 28 / 13
2. Date that notice of entry of judgment or a copy of the judgment was served by the clerk or by a party under California Rules of Court, rule 8.104: 06 / 06 / 13
3. Was a motion for new trial, for judgment notwithstanding the verdict, for reconsideration, or to vacate the judgment made and denied? ☐ Yes ☑ No (If yes, please specify the type of motion):
   Date notice of intention to move for new trial (if any) filed: ___/___/___
   Date motion filed: ___/___/___ Date motion denied: ___/___/___ Date denial served: ___/___/___
4. Date notice of ☑ appeal or ☐ cross-appeal filed: 08 / 05 / 13

C. BANKRUPTCY OR OTHER STAY
Is there a related bankruptcy case or a court-ordered stay that affects this appeal? ☐ Yes ☑ No (If yes, please attach a copy of the bankruptcy petition [without attachments] and any stay order.)

Form Adopted for Mandatory Use<br>
Judicial Council of California<br>
APP-004 [Rev. January 1, 2011]

**CIVIL CASE INFORMATION STATEMENT**<br>
(Appellate)

Page 1 of 3<br>
www.courts.ca.gov

Case 15-52471    Doc#    APPEAL INFORMATION STATEMENT 10:55:54   Exhibit P 04 of 1/13
15

| APPELLATE CASE TITLE: | APPELLATE COURT CASE NUMBER: |
|---|---|
| Wilson & Moore v. Irwin, et alia | H039985 |

D. **APPELLATE CASE HISTORY** *(Provide additional information, if necessary, on attachment I.D.)*
   Is there now, or has there previously been, any appeal, writ, or other proceeding related to this case pending in any California appellate court? ☐ Yes ☑ No  *(If yes, insert name of appellate court):*
   Appellate court case no.:                          Title of case:
   Name of trial court:                               Trial court case no.:

E. **SERVICE REQUIREMENTS**
   Is service of documents in this matter, including a notice of appeal, petition, or brief, required on the Attorney General or other nonparty public officer or agency under California Rules of Court, rule 8.29 or a statute?  Yes ☐  No ☐  *(If yes, please indicate the rule or statute that applies):*

   ☐ Rule 8.29 (e.g., constitutional challenge; state or county party)
   ☐ Bus. & Prof. Code, §16750.2 (Antitrust)
   ☑ Bus. & Prof. Code, § 17209 (Unfair Competition Act)
   ☐ Bus. & Prof. Code, § 17536.5 (False advertising)
   ☐ Civ. Code, § 51.1 (Unruh, Ralph, or Bane Civil Rights Acts; antiboycott cause of action; sexual harassment in business or professional relations; civil rights action by district attorney)
   ☐ Civ. Code, § 55.2 (Disabled access to public conveyances, accommodations, and housing)
   ☐ Code Civ. Proc., § 1355 (Escheat)
   ☐ Gov. Code, § 946.6(d) (Actions against public entities)
   ☐ Gov. Code, § 4461 (Disabled access to public buildings)
   ☐ Gov. Code, § 12656(a) (False Claims Act)
   ☐ Health & Saf. Code, § 19954.5 (Accessible seating and accommodations)
   ☐ Health & Saf. Code, § 19959.5 (Disabled access to privately funded public accommodations)
   ☐ Pub. Resources Code, § 21167.7 (CEQA)
   ☐ Other *(specify statute):*

**NOTE:** The rule and statutory provisions listed above require service of a copy of a party's notice of appeal, petition, or brief on the Attorney General or other public officer or agency. Other statutes requiring service on the Attorney General or other public officers or agencies may also apply.

## PART II – NATURE OF ACTION

A. Nature of action *(check all that apply):*
   1. ☐ Conservatorship
   2. ☐ Contract
   3. ☐ Eminent domain
   4. ☐ Equitable action    a. ☐ Declaratory relief    b. ☐ Other *(describe):*
   5. ☐ Family law
   6. ☐ Guardianship
   7. ☐ Probate
   8. ☑ Real property rights    a. ☑ Title of real property    b. ☑ Other *(describe):* Quiet Title
   9. ☑ Tort
       a. ☐ Medical malpractice           b. ☐ Product liability
       c. ☐ Other personal injury         d. ☐ Personal property
       e. ☑ Other tort *(describe):* Fraud & Deceit; Constructive Fraud; Conversion; Unjust Enrichmen
   10. ☐ Trust proceedings
   11. ☐ Writ proceedings in superior court
       a. ☐ Mandate (Code Civ. Proc., § 1085)    b. ☐ Administrative mandate (Code Civ. Proc., § 1094.5)
       c. ☐ Prohibition (Code Civ. Proc., § 1102)  d. ☐ Other *(describe):*
   12. ☐ Other action *(describe):*

B. ☐ This appeal is entitled to calendar preference/priority on appeal *(cite authority):*

| APPELLATE CASE TITLE:<br>Wilson & Moore v. Irwin, et alia | APPELLATE COURT CASE NUMBER:<br>H039985 |
|---|---|

### PART III – PARTY AND ATTORNEY INFORMATION

In the spaces below or on a separate page or pages, list all the parties and all their attorneys of record who will participate in the appeal. For each party, provide all of the information requested on the left side of the page. On the right side of the page, if a party is self-represented please check the appropriate box and provide the party's mailing address, telephone number, fax number, and e-mail address. If a party is represented by an attorney, on the right side of the page, check the appropriate box and provide all of the requested information about that party's attorney.

☐ Responses to Part III are attached instead of below

| | |
|---|---|
| Name of Party: Jeffrey Merritt Wilson<br><br>Appellate court designation: Appellant<br>☑ Appellant ☐ Respondent<br>Trial court designation:<br>☐ Plaintiff ☐ Defendant<br>☑ Other (specify): Cross-Complainant | ☐ Represented by attorney  ☑ Self-represented<br>Name of attorney:<br><br>State Bar no:<br>Firm name:<br>Mailing address: Post Office Box 10414<br>Salinas 93912, CALIFORNIA<br>Telephone no.: 831-424-1732  Fax no: 831-417-2867<br>E-Mail address: dawgjeff@hotmail.com |
| Name of Party: Teresa J. Moore<br><br>Appellate court designation: Appellant<br>☑ Appellant ☐ Respondent<br>Trial court designation:<br>☐ Plaintiff ☐ Defendant<br>☑ Other (specify): Cross-Complainant | ☐ Represented by attorney  ☑ Self-represented<br>Name of attorney:<br><br>State Bar no:<br>Firm name:<br>Mailing address: Post Office Box 10414<br>Salinas 93912, CALIFORNIA<br>Telephone no.: 818-206-1146  Fax no: 818-647-1186<br>E-Mail address: teresa_j_moore@yahoo.com |
| Name of Party: Thomas & Mary Irwin<br><br>Appellate court designation: Appellee<br>☐ Appellant ☑ Respondent<br>Trial court designation:<br>☐ Plaintiff ☐ Defendant<br>☑ Other (specify): Cross-Defendant | ☑ Represented by attorney  ☐ Self-represented<br>Name of attorney: Willaim L. Traficanti, Esq.<br><br>State Bar no: 15/266<br>Firm name:<br>Mailing address: 21 W. Laurel Drive, Suite #49<br>Salinas, CA 93906<br>Telephone no.: 831-758-8460  Fax no: 831-449-0191<br>E-Mail address: wltraficanti@hotmail.com |
| Name of Party: COMMITMENT LENDING<br><br>Appellate court designation: Appellee<br>☐ Appellant ☐ Respondent<br>Trial court designation:<br>☐ Plaintiff ☐ Defendant<br>☑ Other (specify): Cross-Defendant | ☑ Represented by attorney  ☐ Self-represented<br>Name of attorney: Richard Hoefflin, Esq.<br><br>State Bar no:<br>Firm name:<br>Mailing address: 2659 Towngate Road, Suite 232<br>Westlake Village, CA 91361<br>Telephone no.: 805-497-8605  Fax no: 805-497-8625<br>E-Mail address: jdassinger@hoefflinlaw.com |

☑ Additional pages attached

Date: August 15, 2013

This statement is prepared and submitted by: ▶ //Jeffrey Merritt Wilson & Teresa J. Moore//
(SIGNATURE OF ATTORNEY OR SELF-REPRESENTED PARTY)

# ATTACHMENT APP-004

| | |
|---|---|
| FIRST AMERICAN TITLE COMPANY<br>Appellee<br>Cross-Defendant | c/o Glen H. Wechsler, Esq. (Bar No. 118456)<br>1646 N. California Blvd., Suite 450<br>Walnut Creek, CA 94596<br>Tel: 925-274-0200  Fax: 925-274-0202<br>glenn@glennwechsler.com |
| MERS, INC.<br>Appellee<br>Cross-Defendant | c/o Jon D. Ives, Esq. (Bar No. 230582)<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Tel: 415-677-5525  Fax: 415-956-0439<br>jdi@severson.com |
| SPECIALIZED LOAN SERVICING, LLC<br>Appellee<br>Cross-Defendant | c/o Jon D. Ives, Esq. (Bar No. 230582)<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Tel: 415-677-5525  Fax: 415-956-0439<br>jdi@severson.com |
| U.S. BANK NATIONAL ASSOCIATION<br>Appellee<br>Cross-Defendant | c/o Jon D. Ives, Esq. (Bar No. 230582)<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Tel: 415-677-5525  Fax: 415-956-0439<br>jdi@severson.com |
| REGIONAL SERVICE CORPORATION<br>Appellee<br>Cross-Defendant | c/o Nichole K. Neff, Esq. (Bar No. 257964)<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660<br>Tel: 949-477-5050  Fax: 949-477-9200<br>nnef@wrightlegal.net |

Glenn H. Wechsler, State Bar No. 118456
Lawrence D. Harris, State Bar No. 153350
LAW OFFICES OF GLENN H. WECHSLER
1646 N. California Blvd., Suite 450
Walnut Creek, California 94596
Telephone: (925) 274-0200

Attorneys for Cross-Defendant
FIRST AMERICAN TITLE COMPANY

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN BENITO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY MERRIT WILSON, et al.,<br><br>Defendants. | CASE NO. CU-11-00119<br><br>**NOTICE OF ENTRY OF JUDGMENT (JUDGMENT OF DISMISSAL OF SECOND AMENDED CROSS-COMPLAINT)** |
| JEFFREY MERRIT WILSON and TERESA JEAN MOORE,<br><br>Cross-Complainants,<br><br>vs.<br><br>THOMAS C. IRWIN, et al.,<br><br>Cross-Defendants. | |

PLEASE TAKE NOTICE that on May 28, 2013, the Honorable Harry J. Tobias signed a Judgment for Cross-Defendant FIRST AMERICAN TITLE COMPANY, as more particularly set forth in [PROPOSED] JUDGMENT OF DISMISSAL OF SECOND AMENDED CROSS-COMPLAINT

attached hereto and incorporated herein by this reference as Exhibit "A."

DATED: June 6, 2013          LAW OFFICES OF GLENN H. WECHSLER

                             By: _____
                                 GLENN H. WECHSLER

G:\Larry\FATCO\Moore\Notice of Entry of Judgment - Judgment of Dismissal of SAC.doc

# EXHIBIT A

```
 1  Glenn H. Wechsler, State Bar No. 118456
    Lawrence D. Harris, State Bar No. 153350
 2  LAW OFFICES OF GLENN H. WECHSLER
    1646 N. California Blvd., Suite 450
 3  Walnut Creek, California 94596
    Telephone: (925) 274-0200
 4
 5  Attorney for Cross-Defendant
    FIRST AMERICAN TITLE COMPANY
 6
```

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BENITO

2013 MAY 29 AM 8:50

RACHELLE BARRAGAN
DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN BENITO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation, | CASE NO. CU-11-00119 |
| Plaintiff, | Assigned to: Hon. Tarry J. Tobias |
| vs. | [PROPOSED] JUDGMENT OF DISMISSAL OF SECOND AMENDED CROSS-COMPLAINT |
| JEFFREY MERRIT WILSON; TERESA JEAN MOORE; COMMITMENT LENDING, a California Corporation; REGIONAL SERVICE CORPORATION, a California Corporation; U.S. BANK NATIONAL ASSOCIATION, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificate Series 2007-1; and DOE ONE to FIFTY, inclusive, | Cross-Complaint filed: November 26, 2012<br><br>Date: February 28, 2013<br>Time: 2:00 p.m.<br>Dept: 2<br>Trial: None |
| Defendants. | |
| JEFFREY MERRIT WILSON and TERESA JEAN MOORE, | |
| Cross-Complainants, | |
| vs. | |
| THOMAS C. IRWIN; MARY W. IRWIN; COMMITMENT LENDING; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; | |

| | |
|---|---|
| 1 | FIRST AMERICAN TITLE COMPANY; SPECIALIZED LOAN SERVICING LLC; LPS DEFAULT TITLE & CLOSING; US BANK NATIONAL ASSOCIATION; REGIONAL SERVICE CORPORATION; ALL PERSONS UNKNOWN and DOES 1-100, )))))))))))) |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Cross-Defendants. |

This matter came on regularly for hearing at the above date and time on (1) the demurrers and motion to strike of Cross-Defendant FIRST AMERICAN TITLE COMPANY ("First American"); (2) the demurrers and motion to strike of Cross-Defendants MERS, INC., sued as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); SPECIALIZED LOAN SERVICING, LLC ("SLS"); and US BANK NATIONAL ASSOCIATION ("US Bank"); and (3) the demurrers of Cross-Defendants THOMAS C. IRWIN and MARY W. IRWIN ("Irwin") (collectively "Cross-Defendants").

The Court sustained the demurrers of the Cross-Defendants without leave to amend, and entered an Order to that effect on April 9, 2013.

Pursuant to the terms of said Order, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is hereby rendered in favor of Cross-Defendants FIRST AMERICAN TITLE COMPANY, MERS, INC., sued as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SPECIALIZED LOAN SERVICING, LLC; US BANK NATIONAL ASSOCIATION; THOMAS C. IRWIN and MARY W. IRWIN, and against Cross-Complainants JEFFREY MERRITT WILSON and TERESA JEAN MOORE.

///

///

1   **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Cross-Defendants, and
2   each of them, shall be and hereby are DISMISSED with prejudice.

3   **IT IS SO ORDERED.**

5   DATED:

6   MAY 2 8 2013

   **HARRY J. TOBIAS**

   Hon. Harry J. Tobias
   JUDGE OF THE SUPERIOR COURT

14  G:\Larry\FATCO\Moore\Judgment.docx

# PROOF OF SERVICE BY MAIL

I am over the age of 18 years and not a party to the within action. I am employed in the County of Contra Costa, State of California.

My business address is c/o Law Offices of Glenn H. Wechsler, 1646 N. California Blvd., Suite 450, Walnut Creek, California 94596.

On April 19, 2013, I mailed from Walnut Creek, California, the following document(s):

- [PROPOSED] JUDGMENT OF DISMISSAL OF SECOND AMENDED CROSS-COMPLAINT

I served the document(s) by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

The envelope was addressed and mailed as follows:

| | |
|---|---|
| Jeffrey Merritt Wilson<br>P.O. Box 10414<br>Salinas, CA 93912 | DEFENDANT/CROSS-COMPLAINANT<br>in Propria Persona |
| Teresa J. Moore<br>P.O. Box 75217<br>Honolulu, HI 96836 | DEFENDANT/CROSS-COMPLAINANT<br>in Propria Persona |
| Austin B. Kenney, Esq.<br>SEVERSON & WERSON<br>One Embarcadero Center, Ste. 2600<br>San Francisco, CA 94111 | Attorneys for Defendants/Cross-Defendants<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>SPECIALIZED LOAN SERVICING LLC, and<br>U.S. BANK NATIONAL ASSOCIATION |
| William L. Traficanti, Esq.<br>ATTORNEY AT LAW<br>21 W. Laurel Drive, Ste. 49<br>Salinas, CA 93906 | Attorney for Cross-Defendants<br>THOMAS C. IRWIN and<br>MARY W. IRWIN |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Walnut Creek, California on April 19, 2013.

*Barbara Kennick* (signature)
BARBARA KENNICK

G:\BARBARA\PROOFS OF SERVICE\FULL PROOFS\FATCO MOORE BY MAIL - CURRENT

## PROOF OF SERVICE BY MAIL

I am over the age of 18 years and not a party to the within action. I am employed in the County of Contra Costa, State of California.

My business address is c/o Law Offices of Glenn H. Wechsler, 1646 N. California Blvd., Suite 450, Walnut Creek, California 94596.

On June 7, 2013, I mailed from Walnut Creek, California, the following document(s):

- **NOTICE OF ENTRY OF JUDGMENT (JUDGMENT OF DISMISSAL OF SECOND AMENDED CROSS-COMPLAINT**

I served the document(s) by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

The envelope was addressed and mailed as follows:

| | |
|---|---|
| Jeffrey Merritt Wilson<br>P.O. Box 10414<br>Salinas, CA 93912 | DEFENDANT/CROSS-COMPLAINANT<br>in Propria Persona |
| Teresa J. Moore<br>P.O. Box 75217<br>Honolulu, HI 96836 | DEFENDANT/CROSS-COMPLAINANT<br>in Propria Persona |
| Austin B. Kenney, Esq.<br>SEVERSON & WERSON<br>One Embarcadero Center, Ste. 2600<br>San Francisco, CA 94111 | Attorneys for Defendants/Cross-Defendants<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>SPECIALIZED LOAN SERVICING LLC, and<br>U.S. BANK NATIONAL ASSOCIATION |
| William L. Traficanti, Esq.<br>ATTORNEY AT LAW<br>21 W. Laurel Drive, Ste. 49<br>Salinas, CA 93906 | Attorney for Cross-Defendants<br>THOMAS C. IRWIN and<br>MARY W. IRWIN |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Walnut Creek, California on June 7, 2013.

_____
BARBARA KENNICK

G:\BARBARA\PROOFS OF SERVICE\FULL PROOFS\FATCO MOORE BY MAIL - CURRENT