```
1  Teresa J. Moore
   4251 Laurel Canyon Blve
2  Studio City, California 91604
   Tel: 818-206-1146
3  Fax: 818-647-1186
   Net: teresa_j_moore@yahoo.com
4
5  For the Debtors of their own right
```

**ORIGINAL**

**FILED**
OCT 20 2015
United States Bankruptcy Court
San Jose, California

BY FAX

# UNITED STATES BANKRUPTCY COURT
Northern District of California
280 South First Street, San Jose, California 95113

In re ) Bankruptcy Case: 15-52471
) Involuntary Chapter 7
Jeffrey Merritt Wilson )
) MAIL SERVICE DECLARATION
Debtor. )
)
)

## MAIL SERVICE DECLARATION

I, Teresa Jean Moore, served a true and correct copy of the documents: CHAPTER 7 STATUS CONFERENCE STATEMENT; MAIL SERVICE DECLARATION from the place: Honolulu, Hawaii by the following:

| Addressee | Service | Date |
|---|---|---|
| **U.S. BANKRUPTCY COURT** Attn: Edward J. Emmons, Clerk 280 South First Street San Jose, California 95113 | [X] FedEx Overnight Service <br> [ ] Electronic Filing Service <br> [ ] Courier Filing Service <br> [ ] Fax Filing Service | 10/20/2015 |
| **U.S. TRUSTEE** Attn: Edwinsa E. Dowell 280 South First Street, Room 268 San Jose, California 95113 USTPRegion17.SJ.ECF@usdoj.gov | [ ] U.S. First-Class Mail Service <br> [X] Electronic Mail Service <br> [ ] Hand Delivery Service <br> [ ] Fax Transmission Service | 10/20/2015 |
| **Jeffrey Merritt Wilson** P.Ol Box 10414 Salinas, California 93912-7414 dawgjeff@hotmail.com | [ ] U.S. First-Class Mail Service <br> [X] Electronic Mail Service <br> [ ] Hand Delivery Service <br> [ ] Fax Transmission Service | 10/20/2015 |

Case: 15-52471     MAIL SERVICE DECLARATION     PAGE: 1 of 2

Case: 15-52471   Doc# 13   Filed: 10/20/15   Entered: 10/21/15 10:56:26   Page 1 of 2

I declare under the penalty of the perjury by the laws of the United States of the America that the foregoing statements are truth to the best of my knowledge and belief and that I executed this declaration at the Honolulu, Hawaii.

Date: October 20, 2015

*Teresa J. Moore* (signature)

Teresa Jean Moore
Tel: 702-430-9112