# Mail-Service

:United States Bankruptcy Court

:C/o Edward J. Emmons, Clerk of the Court

:280 South First Street, Room 3035

:San Jose, California 95113

:By Certified-Mail # 7015 0640 0000 8742 6819

:By Rapid-legal-Hand-file

:Original in Blue-Ink Autograph sent to Court


:Teresa Jean Moore

:4251 Laurel Cyn. Blvd.

:Studio City, California 91604        **First-Class-Mail**


x _____        Seal-Bond
:Jeffrey-Merritt: Wilson
:Postmaster-Witness  OCT 26

:Paid-Fee:

~ 11 ~