# Notice Recipients

District/Off: 0971−5     User: arosales     Date Created: 11/5/2015
Case: 15−52471     Form ID: pdfeoc     Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Jeffrey Merritt Wilson     PO Box 10414     Salinas, CA 93912
ptcrd     Teresa J. Moore     4251 Laurel Cyn Blvd.     Studio City, CA 91604

                                                                                                              TOTAL: 2